# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Ralph A & Tomi Lynn Stern |
| **Case Number:** | 2:09-bk-11373-CGC   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 14, 2010 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

Motion to Set Aside Order Vacating Stay filed by LAWRENCE D. HIRSCH of DeCONCINI McDONALD YETWIN & LACY, PC on behalf of Ralph A Stern, Tomi Lynn Stern (related document(s) 65 Order on Motion for Relief from Stay

**R / M #:**   66 / 0

## Appearances:

LAWRENCE D. HIRSCH, ATTORNEY FOR RALPH A STERN, TOMI LYNN STERN
JOSEPHINE PIRANIO, ATTORNEY FOR WELLS FARGO BANK

## Proceedings:

COURT:  IT IS ORDERED GRANTING THE MOTION TO SET ASIDE ORDER VACATING STAY FILED BY LAWRENCE D. HIRSCH OF DECONCINI MCDONALD YETWIN & LACY, PC ON BEHALF OF RALPH A STERN, TOMI LYNN STERN (RELATED DOCUMENT(S) 65 ORDER ON MOTION FOR RELIEF FROM STAY.